

# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2014

No. 04-13-00572-CR

Fernando **LOPEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-2454-CR
Honorable William Old, Judge Presiding

## O R D E R

Appellant's brief was originally due January 3, 2014; however, the court granted appellant a thirty-day extension of time. Appellant has filed a motion requesting an additional fourteen-day extension until February 17, 2014, to file the brief.

We **grant** the motion and **order** appellant to file the brief by **February 18, 2014**. Counsel is advised that no further extensions of time will be granted absent a showing of extraordinary circumstances. Any request for a further extension of time must (1) show extraordinary circumstances, (2) advise the court of the efforts counsel has expended in preparing the brief, and (3) provide the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court